**Order entered September 2, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01165-CR

**CHADRICK OTIS HAVEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1360734-N**

## ORDER

We **GRANT** appellee's August 30, 2016 "Second Motion for Extension of Time to File a Brief." We **ORDER** the brief tendered to this Court by appellee on August 30, 2016 timely filed as of the date of this order.

/s/     DOUGLAS S. LANG
         JUSTICE